AO 442 (Rev. 01/09) Arrest Warrant

**FILED**
MAR 02 2018
Clerk, U.S Courts
District Of Montana
Missoula Division

## UNITED STATES DISTRICT COURT
for the
District of Montana

**RECEIVED**
2018 FEB 27 P 2: 18
US MARSHALS SERVICE
MISSOULA, MT

| | | |
|---|---|---|
| United States of America<br>v.<br>Dezmen Patron<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No.  MJ 18-07-M-JCL |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Dezmen Patron                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☑ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
  See attached affidavit.

Date: 2/27/18

City and state:  Missoula, MT

*Issuing officer's signature*

Jeremiah C. Lynch   U.S. Mag Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 022718, and the person was arrested on *(date)* 022718
at *(city and state)*  MISSOULA, MT.

Date: 030218

*Arresting officer's signature*

GUY BMSER, TFO
*Printed name and title*

10502627