IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEZMAN PATRON,<br><br>Defendant. | CR 18-9-M-DWM<br><br>ORDER |

On March 2, 2018, Defendant Dezman Patron appeared before the Court on a motion and affidavit alleging he violated a condition of his pretrial release. The affidavit alleges Defendant failed to advise the Court or his supervising pretrial officer before making a change or residence.

The Court advised Defendant of his rights relative to the motion and affidavit. Defendant waived his right to a hearing on the motion and his right to a hearing on the issue of the revocation of his release.

Pursuant to 18 U.S.C. § 3148(b)(1), and based on the record in this case, the Court finds there clear and convincing evidence exists to establish that Defendant violated a condition of his release as alleged in the motion and supporting affidavit. Further, pursuant to § 3148(b)(2), and based on Defendant's conduct while on

1

pretrial release, the Court finds he is unlikely to abide by any condition or combination of conditions if the Court were to continue him on pretrial release.

Therefore, pursuant to 18 U.S.C. § 3148(b), **IT IS HEREBY ORDERED** that Defendant's pretrial release is **REVOKED**.

**IT IS FURTHER ORDERED** the Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 2nd day of March, 2018.

_____
Jeremiah C. Lynch
United States Magistrate Judge