**FILED**

SEP 27 2018

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALLEN WESLEY HARWOOD and<br>DEZMEN TAMIRE PATRON,<br><br>Defendants. | CR 18-09-M-DWM<br><br>ORDER |

The United States and Petitioner Brian Harwood having filed a notice of settlement, IT IS ORDERED:

1. That the Settlement Agreement is approved by the Court resolving the property interest raised by the Petitioner Brian Harwood in the real property described in the Settlement Agreement. The United States is entitled to a Final Order of Forfeiture as to the real property in the amount of 25% of the net value or $50,000, whichever is less, pursuant to the terms of the Settlement Agreement which is incorporated herein. The proceeds from the sale in the percentage, or amount described above as defined in the settlement agreement, shall be subject to forfeiture and shall satisfy the interest of Defendants in the real property described therein, which interest was forfeited and deemed vested in the United States, pursuant to the Order dated April 25, 2018.

2. Pursuant to paragraph 5.f. of the Settlement Agreement, Petitioner's Petition shall be dismissed with prejudice, with each party to bear its or his own costs, fees, expenses, and attorney fees.

3. This Court will retain jurisdiction to effectuate the terms of the Settlement Agreement.

DATED this 27th day of September, 2018.

Donald W. Molloy, District Judge
United States District Court