IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-09-M-DWM-2 |
| Plaintiff/Respondent, | |
| vs. | ORDER |
| DEZMEN TAMIRE PATRON, | |
| Defendant/Petitioner. | |

Petitioner Dezmen Patron has moved to file his supplemental motion for relief under the First Step Act, 18 U.S.C. § 3582(c)(1)(A), and associated briefs and exhibits containing sensitive information as defined by District of Montana Local Criminal Rule 16.4, under seal. The United States does not object. Accordingly,

IT IS ORDERED that Petitioner's motion (Doc. 89) is GRANTED. Petitioner may file his supplemental motion for relief, and any associated briefs and exhibits containing sensitive information as defined by Rule 16.4, under seal.

DATED this 13th day of October, 2023.

_____
Donald W. Molloy, District Judge
United States District Court

1